B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of Texas | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Diverse Energy Systems, LLC, a ND limited liability company | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>d/b/a Lean Technologies, LLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>20-5221590 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1301 McKinney, Suite 3300<br>Houston, Texas<br>ZIP CODE 77010 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Harris County, Texas | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>North Dakota and Texas<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☒ Chapter 11        Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                          Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☒ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)                                                                                                    Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Diverse Energy Systems, LLC, a ND limited liability co. | |
|---|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:<br>See attached list | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                        Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Diverse Energy Systems, LLC, a ND limited liability co. |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X _____<br>   Signature of Attorney for Debtor(s)<br>   J. Robert Forshey    State Bar No. 07264200<br>   Printed Name of Attorney for Debtor(s)<br>   Forshey & Prostok, LLP<br>   Firm Name<br><br>   777 Main St., Suite 1290<br>   Fort Worth, TX 76102<br>   Address<br>   817-877-8855         Fax: 817-877-4151<br>   Telephone Number<br>   09/07/2015<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>   Signature<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>   Todd A. Hass<br>   Printed Name of Authorized Individual<br>   Chief Financial Officer<br>   Title of Authorized Individual<br>   09/07/2015<br>   Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**Attachment to Voluntary Petition**

**Pending Bankruptcy Case Filed by any Spouse, Partners, or Affiliate of this Debtor**

| Name of Debtor:<br>**ITS Engineered Systems, Inc.** | Case Number:<br>15-32145 | Date Filed:<br>04/17/2015 |
|---|---|---|
| District:<br>Southern District of Texas (Houston) | Relationship:<br>Affiliate | Judge:<br>Hon. Karen K. Brown |

| Name of Debtor:<br>**Diverse Energy Systems LLC, a Texas limited liability company** | Case Number:<br>15-34736 | Date Filed:<br>09/07/2015 |
|---|---|---|
| District:<br>Southern District of Texas (Houston) | Relationship:<br>Affiliate | Judge: |

| Name of Debtor:<br>**Scribner Industries, Inc.** | Case Number:<br>15-34737 | Date Filed:<br>09/07/2015 |
|---|---|---|
| District:<br>Southern District of Texas (Houston) | Relationship:<br>Affiliate | Judge: |

| Name of Debtor:<br>**Diverse Energy Systems, LLC, a North Dakota limited liability company, dba Lean Technologies, LLC** | Case Number:<br>15-_____ | Date Filed:<br>09/07/2015 |
|---|---|---|
| District:<br>Southern District of Texas (Houston) | Relationship:<br>Affiliate | Judge: |

| Name of Debtor:<br>**Rouly, Inc.** | Case Number:<br>15-_____ | Date Filed:<br>09/07/2015 |
|---|---|---|
| District:<br>Southern District of Texas (Houston) | Relationship:<br>Affiliate | Judge: |

**Joint Written Consent and Resolutions of the Board of Directors
of Diverse Energy Systems, LLC, a North Dakota limited liability company**

**Dated this <u>3rd</u> day of <u>September, 2015</u>**

The undersigned constituting the members of the Board of Directors ("<u>Board</u>") of Diverse Energy Systems, LLC, a North Dakota limited liability company (the "<u>Company</u>"), acting pursuant to applicable North Dakota law and the Company Agreement of the Company, hereby waive the requirements of notice, including, without limitation, any specific requirement of prior notice for taking actions by written consent, and of a meeting, and hereby consent to, adopt, and approve the following resolutions and each and every action effected thereby:

**Whereas**, the Company has been experiencing liquidity issues for several months; and

**Whereas**, the Company is and has diligently sought financing and other capital solutions to meet the liquidity needs of the Company; and

**Whereas**, the Company has continued to search for strategic and/or financial lending sources and/or buyers, however, the Company is unable to meet its liquidity needs to continue operating the Company; and

**Whereas**, the Company is allegedly in default under its credit facility; and

**Whereas**, the Company has engaged SSG Advisors, LLC ("<u>SSG</u>") as financial and restructuring advisors to assist with restructuring analysis and the presentation of the Company to prospective financing sources and buyers; and

**Whereas**, upon consultation with SSG and with counsel to the Company, and upon consideration of financial and operational information, the inability to secure alternative financing or capital, the Board has determined in exercise of its business judgment that the Company does not have adequate funds to indefinitely continue operations; and

**Whereas**, the Board has determined in exercise of its business judgment that it is not feasible or practicable for the Company to attempt to continue normal operations and that it is in the best interest of the Company and its creditors and other stakeholders to file for relief under the provisions of chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), and to seek the authority therein to operate as debtor-in-possession;

**Now, therefore, it is**

**Resolved**, that Charles Erwin and Todd A. Hass, be, and hereby are, appointed each as an authorized signatory in connection with the chapter 11 bankruptcy case authorized herein (individually an "<u>Authorized Signatory</u>" and collectively the "<u>Authorized Signatories</u>"). The two (2) Authorized Signatories shall constitute the "<u>Executive Committee</u>" as defined in the Company Agreement; and it is further

**Resolved**, that each of the Authorized Signatories be, and each of them individually hereby is, authorized, directed, and empowered on behalf of the Company to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, in such form and at such time as the Authorized Signatories, or any one of them, shall determine; and it is further

**Resolved**, that each of the Authorized Signatories, or any one of them, as well as the Executive Committee, or any such officers, directors or employees as may be hereafter

designated by either the Board or the Executive Committee, be, and each of them individually hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to negotiate, execute, verify and file, or cause to be executed, verified, and filed (or direct others to do so on their behalf, as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, financial advisors or other professionals and to take any and all action which they deem necessary and proper in connection with the chapter 11 case, including any and all action necessary or proper in connection with obtaining use of cash collateral, with a view to the successful prosecution of such case; and it is further

**Resolved**, that the law firm of Forshey & Prostok, LLP, Fort Worth, Texas, be, and hereby is, employed and engaged to render legal services to, and to represent, the Company in connection with the chapter 11 case and any other related matters in connection therewith, on such terms as the Board or any member of the Executive Committee shall approve; and it is further

**Resolved**, that the financial advisory firm of SSG, be, and hereby is, employed to render financial advisory services to the Company in connection with the chapter 11 case and any other related matters in connection therewith, on such terms as the Board or any member of the Executive Committee shall approve; and it is further

**Resolved**, that the Authorized Signatories, and each of them, as well as the appropriate officers, agents and representatives of the Company, or such other persons as the Board or Executive Committee may designate, be, and each acting alone hereby is, severally authorized and directed, for and in the name and on behalf of the Company, to execute, deliver, and perform such other agreements, documents and instruments, to pay or cause to be paid on behalf of the Company any related costs and expenses, to execute and deliver or cause to be executed and delivered such other notices, requests, demands, directions, consents, approvals, orders, applications, certificates, agreements, undertakings, supplements, amendments, further assurances or other instruments or communications, and to take such other actions, as such officer, in his or her discretion, shall deem necessary or advisable to complete and effect the foregoing transactions and to carry out the intent and purposes of the foregoing resolutions and the transactions contemplated thereby; and, it is further

**Resolved**, that all actions heretofore taken by the Company, the Executive Committee, and the officers of the Company with respect to the foregoing transactions and all other matters contemplated by the foregoing resolutions are hereby in all respects, approved, adopted, ratified, and confirmed.

[signature page follows]

**In Witness Whereof, the undersigned have executed this written consent as of the date first written above. In the event that any signature is delivered by facsimile transmission or by email delivery of a ".pdf" or other electronic format data file, such signature shall create a valid and binding obligation of the party executing (or on whose behalf such signature is executed) with the same force and effect as if such facsimile, ".pdf" or other electronic format signature page were an original thereof.**

BOARD:

Charles Erwin, Chairman

Todd A. Hass

L:\BFORSHEY\Diverse Energy Systems, LLC #5759\Pleadings\Resolutions - Diverse (N.D.) 9.3.15.docx

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Diverse Energy Systems, LLC, dba Lean Technologies, LLC**          CASE NO   **15-**

                                                                          CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/7/2015 _____          Signature _____

                                                **Todd A. Hass**
                                                **Chief Financial Officer**

Date _____          Signature _____

31st Avenue Enterprises Inc. dba Clean Tech
PO Box 2248
Minot, ND 58702


3C Valve & Equipment, LP
PO Box 4883
Corpus Christi, TX 78469-4883


A.V.I. Rocky Mountain, LLC
520 N. Main St #438
Heber City, UT 84032


Aaron Dietrich
1301 McKinney, Suite 3300
Houston, TX 77010


ABM Parking Services, Inc.
3800 Buffalo Speedway, Suite 325
Houston, TX 77098


Accelerated Production Services, Inc.
2002 Timberloch Place, Suite 500
The Woodlands, TX 77380


Ace American Insurance Company
436 Walnut Street
Philadelphia, PA 19106


ACL Combustion, Inc.
5825 Titan Ave Unit #9A
Billings, MT 59101


Acme Electric
1705 13th Ave N
Grand Forks, ND 58203


ADP, Inc.
One ADP Drive MS-100
Augusta, GA 30909

Advanced Business Methods
P.O. Box 428
West Fargo, ND 58078-0428


Advanced Sandblast & Painting
108 Seters Circle Southeast
Glyndon, MN 56547-4431


Agilepoint
1916C Old Middlefield Way
Mountain View, CA 94043


Airgas, Inc. dba Airgas USA, LLC
P.O. Box 802576
Chicago, IL 60680-2576


Alerus Financial - Alerus Acct
P.O. Box 6001
Grand Forks, ND 58206


Allen Southern Electric Motor Service Inc.
2877 Mill Street
Mobile, AL 36607


Allied Steel Construction Co., LLC
P.O. Box 1111
Oklahoma City, OK 73101


Ally
P.O. Box 9001948
Louisville, KY 40290-1948


Altendorf Trucking Inc.
P.O. Box 319
Minto, ND 58261

Andreina Estrada
1301 McKinney, Suite 3300
Houston, TX 77010


American Defense Industries, Inc.
6400 Gateway Drive
Grand Forks, ND 58203


American Industrial Heat Transfer, Inc.
355 American Industrial Drive
Lacrosse, VA 23950


American Piping Products Inc.
825 Maryville Centre Dr., Suite 310
Chesterfield, MO 63017


Ameripride Linen
P.O. Box 3160
Bemidji, MN 56619-3160


Apex Remington, Inc.
4608 S Garnett Road, Suite 600
Tulsa, OK 74146


ARISE Incorporated
7000 South Edgerton Road
Suite 100
Brecksville, OH 44141


Arjay Automation, Inc.
7400 Cedar Ave. South
Minneapolis, MN 55423


Asco Power Technologies, LP
PO Box 73473
Chicago, IL 60673-7473


AT&T
PO Box 5001
Carol Stream, IL 60197-500

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197


Auto Value Grafton
106 E 12th St.
Grafton, ND 58237


AWC, Inc.
6655 Exchequer Dr.
Baton Rouge, LA 70809


Axiom Medical Consulting, LLC
4840 W. Panther Creek Dr.
Suite 106
The Woodlands, TX 77381


B & D Flooring Inc.
55 W 5th St.
Grafton, ND 58237


Big Rig LLC
dba Duane's Radiator Shop
310 West 2nd Street
Williston, ND 58801


Bill Spitzer & Associates, Inc.
11530 Brittmoore Park Drive
Houston, TX 77041


Bjorneby, William
P.O. Box 21
Hoople, ND 58243


Blackjack Construction, LLC
PO Box 31
Perkins, OK 74059

B-Line Filter & Supply Inc.
Box 4598
Odessa, TX 79760


Border States Electric Supply
P.O. Box 2767
Fargo, ND 58108-2767


Borsheim Builders Supply Inc.
dba Borsheim Crane Service
PO Box 1344
Williston, ND 58802-1344


Boss Industries, Inc.
1761 Genesis Drive
La Porte, IN 46350


Bourgault Capital Corp.
2707 Highland Fern Court
Kingwood, TX 77345


Brance-Krachy, Co., Inc.
4411 Navigation Blvd.
Houston, TX 77011


Brandon & Clark, Inc.
3623 I-27
Lubbock, TX 79404


Brenco Corporation
P.O. Box 240
West Fargo, ND 58078


Bruce Bates
dba RISA Technologies, LLC
26632 Towne Centre Dr.
Suite 210
Foothill Ranch, CA 92610


Bulldog Hotshot Services, LLC
26 Broadweather Place
The Woodlands, TX 77382

Butler Machinery Company
PO Box 9559
Fargo, ND 58106


Byrd Interior Construction, LP
2123 West Governors Circle
Suite 100
Houston, TX 77092


C.J. Spray, Inc.
6270 Claude Way E
Inver Grove Heights, MN 55076


Canon Financial Services
14904 Collections Center Dr.
Chicago, IL 60693-0149


Canon Solutions America
12379 Collections Center Dr.
Chicago, IL 60693


Caplugs LLC
3012 Momentum Place
Chicago, IL 60689-5330


Cardmember Services
PO Box 790408
St. Louis, MO 63179-0408


Carraway, Buck
27207 FM 2978
Magnolia, TX 77354


Catalytic Industrial Group, Inc.
P.O. Box 827
Independence, KS 67301

CCI Thermal Technologies Texas Inc.
15550 Vickery Dr., Suite 100
Houston, TX 77032


CenturyLink
PO Box 91154
Seattle, WA 98111


CGSI
PO Box 941417
HoustON, TX 77094


Challenger Industries
1717 Arikara Drive
Beulah, ND 58523


Chase Controls, LP
702 S. Persimmon, Suite 1C
Tomball, TX 77375


Chet Erwin
1301 McKinney, Suite 3300
Houston, TX 77010


City of Grafton
Municipal Utilities
P.O. Box 578
Grafton, ND 58237


CNH Capital America LLC
P.O. Box 0507
Carol Stream, IL 60132-0507


Coating Industries, Inc.
6414 Thomas Road
Houston, TX 77041


Comcast Corporation
One Comcast Center, 32nd Floor
Philadelphia, PA 19103

COMM Engineering, Inc.
PO Box 53463
Lafayette, LA 70505


Command Center, Inc.
P.O. Box 951753
Dallas, TX 75395-1753


Compression Generation Services, LLC
14440 Smith Road
Humble, TX 77396


Coorstek Ceramicon Designs, Ltd.
16000 Table Mountain Parkway
Golden, CO 80403


Corporate Outfitters, LTD.
813 McKee St.
Houston, TX 77002


Council Development Corp.
dba PEC/Premier Safety Management
233 General Patton Ave.
Mandeville, LA 70471


Coyote Tanks
PO Box 939
Vernal, UT 84078


Crane Masters Incorporated
PO Box 1147
Splendora, TX 77372


Crawford Electric Supply Co., Inc.
7390 Northcourt Road
Houston, TX 77040


CSB Painting Inc.

6635 Hwy 81
Grafton, ND 58237


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


Cummins Southern Plains, LLC
PO Box 910509
Dallas, TX 75391-0509


Custom Aire Inc
5525 1st Ave North
Grand Forks, ND 58203


Cutting Systems, Inc.
15593 Brookpark Road
Brook Park, OH 44142


CVI Solutions
13215 Stafford Road
Suite 1000
Missouri City, TX 77489


Dakota East
701 West 6th St.
Grafton, ND 58237


DBI
445 FM 20
Bastrop, TX 78602


De Lage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101-1602


Decision Resources, Inc.
Centre City Tower, Suite 510
650 Smithfield St.
Pittsburgh, PA 15222-3907

Dell Marketing LP
c/o Dell USA LP
P.O. Box 676021
Dallas, TX 75287-6021


Digital Canvas Creative Services, Inc.
10223 Broadway, Suite P 431
Pearland, TX 77584


Direct TV
PO box 78626
Phoenix, AZ 85062


DISA INC.
Dept. 890314
PO Box 120314
Dallas, TX 75312


Dixie Pipe Sales Inc.
2407 Brollier St.
Houston, TX 77054


DNOW, LP
7402 N Eldridge Pkwy
Houston, TX 77041


Double EE Svc Inc.
P.O. Box 2417
Williston, ND 58801


Dover Fluid Management
dba Norriseal
11122 West Little York
Houston, TX 77041-5016


Duncan Co
425 Hoover Street NE
Minneapolis, MN 55413


DX Electric Company

PO Box 140005
Irving, TX 75014-0005


Dynamic Controls & Sensors Inc.
1515 Lakeville Dr. Bldg. D
Kingwood, TX 77339


Eads Distribution, LLC
dba The Eads Company
PO Box 732217
Dallas, TX 75373-2217


EAPC
3100 Demers Ave
Grand Forks, ND 58201


Elliott Electric Supply Inc.
PO Box 630610
Nacogdoches, TX 75963


Embroidery Plus
529 Hill Ave.
Grafton, ND 58237


Energy Link Industrial Services Inc.
11439 S Enos Lane
Bakersfield, CA 93389


Enterprise Fleet Management Inc.
PO Box 800089
Kansas City, MO 64180-0089


Episcopal High School
PO Box 271299
Houston, TX 77277


Erwin Caraballo
6020 NW 99th Ave., Suite 308
Doral, FL 33178

Exterran Energy Solutions, LP
16666 Northchase Drive
Houston, TX 77060


Fastenal
Po Box 978
Winona, MN 55987


FCX Performance, Inc.
3000 E. 14th Ave.
Columbus, OH 45271-2470


FEDEX - non freight
P.O. BOX 660481
Dallas, TX 75266-0481


Filter Care of Grafton, Inc.
1228 Edgewood Ave.
Grafton, ND 58237


Flameco, Inc.
PO Box 4303
Tulsa, OK 74159


Flotite, Inc.
4815 W. 5th St.
Lumberton, NC 28358


Flow-Cal, Inc.
P.O. Box 58965
Houston, TX 77258-8965


Flow-Zone, L.L.C.
Dept. 248
P.O. Box 4346
Houston, TX 77210-4346


FMC Technologies Measurement Solutions, Inc.

14121 Collections Center Drive
Chicago, IL 60693


Forklifts of North Dakota
1808 Main Ave E
West Fargo, ND 58078


Fountain Partners
50 California St., Suite 3330
San Francisco, CA 94111


Gary Bridgeford
14227 Maplehurst Dr. SE.
Mentor, MN 56736


Geo Lahaise & Sons
335 Hwy 81 N
Grafton, ND 58237


George Fort
Ave. 3G No 71-37
Maracaibo, Venezuela


Glenarm Residential, LLC
1600 Glenarm Place
Denver, CO 80202


Global Pneumatics, LLC
P.O. Box 536
Fulshear, TX 77441


Godland Inc.
15399 Canal Road
Clinton Township, MI 48038


Goodin Company
2700 N 2nd St.
Minneapolis, MN 55411

GPM, Inc.
4432 Venture Avenue
Duluth, MN 55811


GPS North America
Luxembourg Corporate Center
406 Executive Dr.
Langhome, PA 19047


Grafton True Value
532 Hill Avenue
Grafton, ND 58237


Grand Forks Job Development Authority
255 N. Fourth Street
Grand Forks, ND 58203


Greatwide Dallas Mavis, LLC
PO Box 405828
Atlanta, GA 30384-5828


H&R Machine, Inc.
P.O. Box 703
Giddings, TX 78942


Harsco Industrial Air-X-Changers
5215 Arkansas Road
Catoosa, OK 74015


Heartland Gas Co.
13209 Hwy 17
Park River, ND 58270-9603


Hill's Inc.
PO Box 544
Grafton, ND 58237


Home of Economy

868 W. 12th Street
Grafton, ND 58237


Homer J. Wood
dba Wood Alternator and Starter Service
680 Aldine Mail Route
Houston, TX 77037


Hose & Rubber Supply, Inc.
PO Box 158
Randolph, UT 84064


Houston Global Heat Transfer
14446 Smith Rd.
Humble, TX 77396


Houston Motor & Control, Inc.
14400 Hollister, Suite 100
Houston, TX 77066


Howard Operating – HEP
17806 IH-10 West, Suite 210
San Antonio, TX 78257


H-Town Oxygen Company
2126 Firnat
Houston, TX 77093


Hughes Meter and Supply Company
P.O. Box 950
Sundown, TX 79372


Hugo's #10
115 E 12th St.
Grafton, ND 58237


Husker Power Products
PO Box 2006
Hastings, NE 68902-2006

ImageSet Digital
6611 Portwest Dr., Suite 190
Houston, TX 77024


Industrial Equipment Co. of Houston
6039 South Loop East
Houston, TX 77033-1041


Industrial Equipment Sales & Services, Inc.
P.O. Box 11444
Williston, ND 58803


Industrial Piping Specialists Inc.
P.O. Box 581270
Tulsa, OK 74158


Integral Equipment Leasing, LLC
1301 McKinney, Suite 3300
Houston, TX 77010


International Paint LLC
P.O. Box 847202
Dallas, TX 75284-7202


Inventure Design
9 Greenway Plaza, Suite 3000
Houston, TX 77046


ISN Software Corporation
P.O. Box 841808
Dallas, TX 75284-1808


J&B Equipment Company, Inc.
8200 Grand Avenue South
Suite 100
Bloomington, MN 55420

J&J Sales, Inc.
14107 Interdrive West
Houston, TX 77032


J. Martin & Company PC
11767 Katy Freeway #1100
Houston, TX 77079


JEMCO/MaxAir Sales & Service
1805 East Main Ave.
West Fargo, ND 58078


Jim Anderson
272 Edennold Dr. NW
Calgary, Alberta T3A4A4


Job Service North Dakota
Attn:  ND New Jobs Training
P.O. Box 5507
Bismarck, ND 58506-5507


JobsHQ
PO BOX 6024
Fargo, ND 58107-6024


John Crane Inc.
6400 W Oakton St.
Morton Grove, IL 60053


Johnson Pump Services, Inc.
105 Central Ave South
Mohall, ND 58761


Johnson, Trent, West & Taylor, LLP
919 Milam St., Suite 1700
Houston, TX 77002


JSW Steel (USA), Inc.
5200 East McKinney Suite 110

Baytown, TX 77523


JW Williams, Inc.
PO Box 116689
Atlanta, GA 30368-6689


Kelly Services, Inc.
1212 Solutions Center
Chicago, IL 60677-1002


Kimray, Inc.
52 NW 42nd St.
Oklahoma City, OK 73118


Kinder Morgan Inc.
Dept. 3021
P.O. Box 201607
Dallas, TX 75320-1607


Kingsley Compression, Inc.
3750 South Noah Drive
Saxonburg, PA 16056


KL Texas, L.P.
dba Summit Industrial Products
9010 CR 2120
Tyler, TX 75707


Knighten Machine & Service, Inc.
dba Knighten Industries
3323 N. County Rd. W.
Odessa, TX 79764


Laura H. Reed
dba Reed's Cleaning Service
4603 Misty Valley West
Wichita Falls, TX 76310


Leroi Gas Compressors
211 E. Russell Rd
Sidney, OH 45365

Loftin Equipment Co Inc.
PO Box 10376
Phoenix, AZ 85064


Lumenate Technologies, LP
dba Lumenate, LP
16633 Dallas Parkway, Suite 450
Addison, TX 75001


Lunseth Plb & Htg
Box 5909
Grand Forks, ND 58206-5909


Maria Caraballo
6020 NW 99th Ave., Suite 308
Doral, FL 33178


Maxum Enterprises, LLC
dba Simons Petroleum LLC
777 Main St, Suite 2000
Fort Worth, TX 76102


McCarty Equipment Co Ltd.
1802 S. Treadaway
Abilene, TX 79602


McNeilus Steel
P.O. Box 249
Dodge Center, MN 55927


McNichols Company
2502 N. Rocky Point Drive
Suite 750
Tampa, FL 33607


Midcontinent Communications
PO Box 5010
Sioux Falls, SD 57117


Midtex Oil, LP
2455 IH 35 South
New Braunfels, TX 78132

Midwest Industrial X-ray Inc.
c/o Wells Fargo Business Credit
PO Box 133
Fargo, ND 58107

Midwest Motor Express Inc.
P.O. Box 1496
Bismarck, ND 58502-1880

Mike's Repair, Inc.
P.O. Box 489
1829 HWY 81 S
Grafton, ND 58237

Mitchell's Oil Field Services, Inc.
409 North Central
Sidney, MT 59270

Mobile Health Services, LLC
dba Med Compass
7841 Wayzata Blvd #214
Minneapolis, MN 55426

Monitor Liability Managers LLC
LW 5060
P.O. Box 1450
Minneapolis, MN 55485-5060

Montana Dakota Utilities Co.
PO Box 5600
Bismarck, ND 58506-5600

Motion Industries, Inc.
P.O. Box 849737
Dallas, TX 75284-9737

MPI Warehouse Specialty Co.
P.O. Box 940
Casper, WY 82602-0940

Municipal Utilities
PO Box 578
Grafton, ND 58237


Murphy Industries
Dept. 96-0494
Oklahoma City, OK 73196-0494


Mustang CAT Power Systems
12800 Northwest Freeway
Houston, TX 77040


Nate's Canopy - Tent
1545 12th Ave NE
Grand Forks, ND 58201


National Hose Acquisition Corp
dba National Hose & Accessory
1831 S. Richey St
Pasadena, TX 77502


National Oilwell Varco, L.P., - Mfg.
10000 Richmond Avenue, Suite 100
Houston, TX 77042


National Publishers Group, Inc.
1326 E. 79th St. South
Haysville, KS 67060


Nations Equipment Finance
501 Merritt Seven, 6th Floor
Norwalk, CT 06851


Network Cabling Services, Inc.
12626 Fuqua Street
Houston, TX 77034


North Dakota Petroleum Council
P.O. Box 1395
Bismarck, ND 58502-1395

North Dakota Safety Council
1640 Burnt Boat Dr.
Bismarck, ND 58503


North Prairie Rural Water District
3811 Burdick Expwy East
Minot, ND 58701


Northern Safety Co. Inc.
PO Box 4250
Utica, NY 13504-4250


Northern Valley Machine, Inc.
1124 15th Ave. NE
East Grand Forks, MN 56721


O.C. Keckley Company
3400 Cleveland St.
P.O. Box 67
Skokie, IL 60076


OCV Control Valves, LLC
7400 East 42nd Place
Tulsa, OK 74145


Pannell Kerr Forster
5847 San Felipe, Suite 2400
Houston, TX 77057-3092


Paramount Gasket Company
dba Paramount Supply Company
6401 Long Point Road
Suite 104
Houston, TX 77055


Pentair Valve & Controls, LP
Dept. 0789
P.O. Box 120001
Dallas, TX 75312-0789

Pitney Bowes Global Financial Services
PO Box 371887
Pittsburgh, PA 15250-7887


Polar Communications
P.O. Box 270
Park River, ND 58270


Power Management Controls, Inc.
2415 Sawgrass Ct.
League City, TX 77573


Powertherm Co., Inc.
7420 Wright Rd
Houston, TX 77041


Praxair Distribution Inc.
Dept. CH 10660
Palatine, IL 60055-0660


Precision Welding and Machine, LLC
PO Box 61710
Midland, TX 79711-1710


Premium Waters Inc.
P.O. Box 9128
Minneapolis, MN 55480-9128


Pressure Vessel Engineering Ltd
120 Randall Drive, Suite B
Waterloo, ON N2V 1C6


Prime Rate Premium Finance Corp., Inc.
2141 Enterprise Drive
Florence, SC 29501


Pro Ag Equipment
15065 Hwy 17

Grafton, ND 58237


Profire Energy, Inc.
321 S 1250 W, Suite 1
Lindon, UT 84042


R&S Machine
PO Box 41936
Houston, TX 77241


Ramin Corporation
39019 FM 149
Magnolia, TX 77354


Ratner Steel Supply Company
MI14
P.O. Box 9201
Minneapolis, MN 55480-9201


Rawson L.P.
PO Box 4873
Houston, TX 77210-4873


Refuse Disposal Service
1463 Detweiler Dr.
Grafton, ND 58237-2603


Roger Wagner
1301 McKinney, Suite 3300
Houston, TX 77010


Romar/MEC LLC
218 West Richey Road
Houston, TX 77090


Rotary Equipment Sales & Service, Inc.
11005 County Road 128 West
Odessa, TX 79765

Safety-Kleen Systems, Inc.
P.O. Box 382066
Pittsburgh, PA 15250-8066


San Juan Compression, LLC
2211 River Road
Farmington, NM 87401


Schumacher & Sons
PO Box 31
Grafton, ND 58237


Senske & Son Transfer Co.
4375 24th Ave N
Grand Forks, ND 58203


Sepco Process Company
dba Sepco Process Inc.
9211 West Road #143
Houston, TX 77064


Sherwin Williams Co
3013 32nd Ave S
Grand Forks, ND 58201


Sloan Brothers Company
168 Armstrong Drive
Freeport, PA 16229


SRT Communications
P.O. Box 2027
Minot, ND 58702-2027


Standard Parking
909 Fannin
Houston, TX 77010


Staples Contract and Commercial, Inc.
Dept. DAL

PO BOX 83689
Chicago, IL 60696-3689


StarWell Services, Inc.
P.O. Box 853
Kenmare, ND 58746


Steel Forming Inc
dba Commercial Metal Forming
3466 Solutions Center
Chicago, IL 60677-3004


StrongFab Solutions, Inc.
P.O. Box 41266
Houston, TX 77241


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211


Sundance Cattle Company
dba Sundance Services
21358 CR 1136
Mathis, TX 78368


Superior Steel
P.O. Box 458
Spicer, MN 56288


Sure Flow Equipment Inc.
PO Box 321
Tonawanda, NY 14151-0321


Sweet Crude Oifileld Services, Inc.
868 38th Ave E
Dickinson, ND 58601


Systems Application Engineering Inc.
3655 Westcenter Drive
Houston, TX 77042

T B Woods Inc.
2000 Clovis Barker Road
San Marcos, TX 78666


Tank Gauging Systems
12532 124th Street
Edmonton, AB T5L 0N5


Tebjes, Inc.
dba Basic Equipment
7410 Miller Rd. 2
Houston, TX 77049


Tejas Office Products Inc.
1225 W 20th St.
Houston, TX 77008-3315


Texas Industrial Engine Parts, Inc.
PO Box 590
George West, TX 78022


The Aldridge Company
P.O. Box 56506
Houston, TX 77256


The National Board of Boiler &
Pressure Vessel Inspectors
1055 Crupper Ave.
Columbus, OH 43229


The Wink Law Firm, PLLC
439 Mason Park Blvd, Suite B
Katy, TX 77450


Thomas Anderson
dba TR Farms
P.O. Box 369
Grafton, ND 58237


Thomas Petroleum, LLC
P.O. Box 202699

Dallas, TX 75320-2699


Tifco Industries, Inc.
PO Box 40277
Houston, TX 77240


Tillman & Associates, Inc.
PO Box 40794
Houston, TX 77240


Tim Bergstrom
PO Box 13152
Grand Forks, ND 58208


Tim Jones
1301 McKinney, Suite 3300
Houston, TX 77010


Tnemec Company Inc.
6800 Corporate Drive
Kansas City, MO 64120


Todd Hass
1301 McKinney, Suite 3300
Houston, TX 77010


Total CAD Systems, Inc.
480 N. Sam Houston Pkwy. E.
Suite 234
Houston, TX 77060


Total Valve & Equipment, LLC
301 Cardinal Drive
Lafayette, LA 70508


Tractor & Equipment Co.
PO Box 3562
Seattle, WA 98124

True North Development
4302 13 Ave S, Suite 4, #172
Fargo, ND 58103


True North Equipment
14854 Hwy 17
Grafton, ND 58237-9102


Truespec Energy Products
14107 Interdrive West
Houston, TX 77032


Tulco Oils, Inc.
Dept. No 324
PO Box 21568
Tulsa, OK 74121-1568


TW Telecom
PO box 172567
Denver, CO 80217


Twin Stars Compression, LLC
100 Iowa
Bloomfield, NM 87413


Union Services, 1 LLC
P.O. Box 325
Inez, TX 77968


Unique Valve and Instrumentation Company
12600 Cardinal Meadow Suite #207
Sugar Land, TX 77498


United Holdings LLC
dba Buck's Engines
PO Box 731595
Dallas, TX 75373-1595


Unity Medical Center
164 W 13th St.
Grafton, ND 58237

US Chemical Storage LLC
355 Industrial Park Drive
Boone, NC 28607


Ventech Process Equipment, Inc.
PO Box 4261
Pasadena, TX 77502


Verendrye Electric Cooperative
615 Hwy 52 West
Velva, ND 58790


Verified First, LLC
117 S 9th Ave, Suite 1
Caldwell, ID 83605


Walsh County Treasurer
600 Cooper Ave.
Grafton, ND 58237


Waste Management
PO Box 4648
Carol Stream, IL 60197


Wells Fargo Ins. Services USA
P.O. Box 203305
Dallas, TX 75320-3305


Wichita Falls dba Davis Electric Co
101 Fort Worth St.
Wichita Falls, TX 76301


Wifco Steel Products, Inc.
P.O. Box 1325
Hutchinson, KS 67504

William J Hammann Interests, Inc.
P.O. Box 200788
San Antonio, TX 78220-0788


Wilson Company
PO Box 9100
Addison, TX 75001


Workers Compensation Fund
100 West Towne Ridge Parkway
Sandy, UT 84070


World Wide Electric Corp.
3540 Winton Place
Rochester, NY 14623


Wright Express FSC
P.O. Box 6293
Carol Stream, IL 60197-6293


Ziegler Cooper Inc.
dba Ziegler Cooper Architects
700 Louisiana St, Suite 350
Houston, TX 77002