B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE: **Diverse Energy Systems, LLC, dba Lean Technologies, LLC**

Case No. **15-**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| National Oilwell Varco, L.P. - Mfg.<br>10000 Richmond Ave., Suite 100<br>Houston, TX 77042 | Darin Day<br><br>713-868-8751 | Trade Debt | | $1,436,695.72 |
| Howard Operating - HEP<br>17806 IH-10 West, Suite 210<br>San Antonio, TX 78257 | | Trade Debt | | $565,000.00 |
| Greatwide Dallas Mavis, LLC<br>PO Box 405828<br>Atlanta, GA 30384-5828 | Vickie Penley<br><br>704-235-3711 | Trade Debt | | $449,428.85 |
| Mustang CAT Power Systems<br>12800 Northwest Freeway<br>Houston, TX 77040 | Monique L. Bryant<br><br>713-452-7467 | Trade Debt | | $425,239.02 |
| Jim Anderson<br>272 Edennold Dr. NW<br>Calgary Alberta T3A4A4 | | Trade Debt | | $386,002.50 |
| Ratner Steel Supply Company<br>MI14<br>PO Box 9201<br>Minneapolis, MN 55480-9201 | Amy Brennan<br><br>651-366-6160 | Trade Debt | | $376,028.21 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:  Diverse Energy Systems, LLC, dba Lean Technologies, LLC        Case No.  15-

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Murphy Industries<br>Dept. 96-0494<br>Oklahoma City, OK 73196-0494 | Cindy Duncan<br><br>918-317-4245 | Trade Debt | | $263,332.83 |
| United Holdings LLC<br>dba Buck's Engines<br>PO Box 731595<br>Dallas, TX 75373-1595 | Vanessa Mason<br><br>405-795-5301 | Trade Debt | | $246,874.44 |
| CGSI<br>PO Box 941417<br>Houston, TX 77094 | Patty Pauk<br><br>281-209-3616 | Trade Debt | Disputed | $208,333.33 |
| Pannell Kerr Forster<br>5847 San Felipe, Suite 2400<br>Houston, TX 77057-3092 | Brenda Kallus<br><br>713-860-1416 | Trade Debt | | $201,786.13 |
| StrongFab Solutions, Inc.<br>PO Box 41266<br>Houston, TX 77241 | Bob Tulio<br><br>713-856-6511 | Trade Debt | | $200,086.00 |
| FMC Technologies Measurement Solutions, Inc.<br>14121 Collections Center Dr.<br>Chicago, IL 60693 | Pam Neff<br><br>814-898-5499 | Trade Debt | | $197,043.46 |
| Knighten Machine & Service, Inc.<br>dba Knighten Industries<br>3323 N. County Rd. W<br>Odessa, TX 79764 | Tracie Murray<br><br>432-362-0468 | Trade Debt | | $187,303.05 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Diverse Energy Systems, LLC, dba Lean Technologies, LLC**    Case No.   **15-**

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Twin Stars Compression, LLC<br>100 Iowa<br>Bloomfield, NM 87413 | Michael Adkison<br>Ext. 202<br><br>505-632-9202 | Trade Debt | | $175,000.00 |
| Ventech Process Equipment, Inc.<br>PO Box 4261<br>Pasadena, TX 77502 | <br><br>713-477-0201 | Trade Debt | Disputed | $164,182.39 |
| Erwin Caraballo<br>6020 NW 99th Ave., Suite 308<br>Doral, FL 33178 | | Trade Debt | | $148,462.50 |
| Texas Industrial Engine Parts, Inc.<br>PO Box 590<br>George West, TX 78022 | Tim Humphrey<br><br>361-449-3107 | Trade Debt | | $146,110.21 |
| World Wide Electric Corp.<br>3540 Winton Place<br>Rochester, NY 14623 | Pamela McGinnis<br>Ext. 7<br><br>800-808-2131 | Trade Debt | | $144,247.80 |
| Houston Global Heat Transfer<br>14446 Smith Rd.<br>Humble, TX 77396 | Derek Hjorth<br><br>832-778-4429 | Trade Debt | | $117,804.47 |
| George Fort<br>Ave. 3G No 71-37<br>Maracaibo, Venezuela | | Trade Debt | | $100,000.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  Diverse Energy Systems, LLC, dba Lean Technologies, LLC       Case No.  15-

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __9/7/2015__                                      Signature: _____
                                                        Todd A. Hass
                                                        Chief Financial Officer