UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                                                     CHAPTER   11
Diverse Energy Systems, LLC, dba Lean Technologies, LLC

DEBTOR(S)                                      CASE NO   15-34738

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Diverse Energy Systems, LLC a Texas limited liability company 1301 McKinney, Suite 3300 Houston, TX 77010 | Membership | | 100% |

DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Chief Financial Officer**_____ of the _____**Limited Liability Company**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **10/5/2015**                            Signature: _____
                                                                            *Todd A. Hass*
                                                                            Chief Financial Officer